UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 10-1-DLB-EBA-1

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.        ORDER ADOPTING REPORT & RECOMMENDATION

ANDREA CLICK                                                                 DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon U.S. Magistrate Judge Edward B. Atkins' August 13, 2015 Report and Recommendation ("R&R"), wherein he recommends that Defendant's supervised release be revoked. Additionally, Judge Atkins recommends that Defendant be sentenced to nine (9) months incarceration, with thirty-six (36) months supervised release to follow (Doc. # 111). During the August 10, 2015 Final Revocation Hearing, Defendant admitted to violating the terms of her supervised release as set forth in the August 4, 2015 violation report.

No objections to the R&R having been filed, the Defendant having waived her right to allocution before the undersigned (Doc. # 110), and the time for objections having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and finding that it is sound in all respects, including the recommended sentence and the basis for the recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)   Magistrate Judge Atkins' Report and Recommendation (Doc. # 111) is hereby

**ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)  Defendant is found to have committed Violation Nos. 1 and 2;

(3)  Defendant's supervised release is hereby **REVOKED**;

(4)  Defendant is hereby sentenced to incarceration for a period of **nine (9) months, with thirty-six (36) months of supervised release to follow**; and

(5)  A Judgment shall be entered contemporaneously herewith.

This 2nd day of September, 2015.



Signed By:
*David L. Bunning*
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2010\10-01 Order Adopting R&R TSR violation.wpd